# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
ECCI-C METAG, JV ) ASBCA No. 59667
)
Under Contract No. W5J9JE-10-D-0007-0005 )

APPEARANCES FOR THE APPELLANT: Michael A. Richard, Esq.
Jacqueline J. Ryan, Esq.
  Cohen Seglias Pallas Greenhall & Furman PC
  Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Daniel B. McConnell, Esq.
Sarah L. Hinkle, Esq.
Matthew Tilghman, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Middle East
  Winchester, VA

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: June 1, 2018

ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59667, Appeal OF ECCI-C METAG, JV, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals